[No. 62727-9-I.   Division One.   February 16, 2010.]

BETA-BOTHELL CENTER, LLC, *Respondent*, v. QUALITY FOOD CENTERS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-10671-3, Michael J. Fox, J., entered November 19, 2008. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Becker and Ellington, JJ.

[No. 63162-4-I.   Division One.   February 16, 2010.]

*In the Matter of the Marriage of* KAHLIN JEFFERSON, *Respondent*, and PETER JEFFERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-06314-0, Monica J. Benton, J., entered March 6, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Leach, JJ.

[No. 63198-5-I.   Division One.   February 16, 2010.]

EDWARD D. JOHNSON, *Appellant*, v. METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-34047-5, Richard D. Eadie, J., entered March 13, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Appelwick, JJ.

[No. 63251-5-I.   Division One.   February 16, 2010.]

ROZANNA CAROSELLA ET AL., *Appellants*, v. THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-13986-7, Susan J. Craighead, J., entered March 6, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Lau, J.